# EXHIBIT B

| | |
|---|---|
| 2 | Coinsurance Amount |
| 22 | Payment adjusted because this care may be covered by another payer per coordination of benefits. |
| 45 | Charges exceed your contracted/ legislated fee arrangement. This change to be effective 6/1/07: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. (Use Group Codes PR or CO depending upon liability). |
| 96 | Non-covered charge(s). At least one Remark Code must be provided (may be comprised of either the Remittance Advice Remark Code or NCPDP Reject Reason Code.) |
| M127 | Missing patient medical record for this service. |
| N130 | Alert: Consult plan benefit documents for information about restrictions for this service. |
| N350 | Missing/incomplete/invalid description of service for a Not Otherwise Classified (NOC) code or an Unlisted procedure. |

INNOVA HOSPITAL SAN ANTONIO LP
TX BLUE CROSS

Page : 24

```
Patient         |From Date |Covd | Rptd Chrgs| DRG Nbr| Prof Comp|    CoIns| MSP Pri| HCPCS Amt|   Interest|
PCN Number    BillType|Thru Date |NCovd| Ncovd Chrgs| DRG Amt|   Outlier| MSP Liable| Per Diem| Cont Adj| Pat Refund|
Policy Number    Clm St|Pat Stat |Cost |Denied Chrgs| Blood Ded| Deductible| Reimb Rate| ESRD Amt| Cov Chrgs|  Net Reimb|

                                  1169412.20       460       0.00       0.00       0.00        0.00          0.00
                                        0.00      0.00       0.00       0.00       0.00  1150138.80          0.00
                          1             0.00      0.00       0.00       0.00       0.00    19273.37      19273.37
ICN:                   MRN: 000005271                                                   PAT RESP:      1150138.83
        Claim Level Adjustments: CO45    1150138.8

        Claim Level Remark Codes: N350
```

Rev Cd   HCPCS    Qty    Service Date    Chrg Amt    Pymt Amt    APC    Allow Amt    Adj Cd    Adj Amt



INNOVA HOSPITAL SAN ANTONIO LP
TX BLUE CROSS

```
Check Summary :
    Check Number  :                        Check Total   :    33178.85      Claim Count   : 6
    Covered Chrg  :    34727.17            Contract Chrg:   1217378.74      Provider Pay  :    33178.85
    NonCov  Chrg  :     1321.39            Denied Chrg   :        0.00      Deductibles   :        0.00
    CoInsurance   :      226.93            Outlier Chrg  :        0.00      Pat Refund    :        0.00
    Interest      :        0.00            MSP Primary   :        0.00      MSP Liability:         0.00

Provider Level Benefits :

    Reported Check Amount :       33178.85
    Total Claim Payments  :       33178.85
    Total PLB Adjustments :           0.00
    Sum Payment - Adjust  :       33178.85
```

GLOSSARY: REMARK AND REASON CODES
104      Managed care withholding.

2        Coinsurance Amount

45       Charges exceed your contracted/ legislated fee arrangement. This change to be effective 6/1/07:
         Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. (Use Group Codes PR or
         CO depending upon liability).

N350     Missing/incomplete/invalid description of service for a Not Otherwise Classified (NOC) code or an
         Unlisted procedure.